**DISMISS and Opinion Filed April 16, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00378-CV

**PRAYOSHA TEXAS ENTERPRISES LLC D/B/A
COMFORT SUITES LAKE RAY HUBBARD, Appellant
V.
MATTHEW MALINOWSKI, ASHLEY MALINOWSKI, INDIVIDUALLY
AND AS NEXT FRIENDS OF MINORS, D.M. AND L.M., Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-23-01723-C**

## MEMORANDUM OPINION
Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Molberg

Before the Court is the April 15, 2024 letter of appellant's counsel informing the Court that the appeal is now moot because the trial court granted its motion for new trial. We construe the letter as a motion to dismiss, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ken Molberg//
KEN MOLBERG
JUSTICE

240378f.p05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PRAYOSHA TEXAS
ENTERPRISES LLC D/B/A
COMFORT SUITES LAKE RAY
HUBBARD, Appellant

No. 05-24-00378-CV       V.

MATTHEW MALINOWSKI,
ASHLEY MALINOWSKI,
INDIVIDUALLY AND AS NEXT
FRIENDS OF MINORS, D.M. AND
L.M., Appellees

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-01723-
C.
Opinion delivered by Justice
Molberg. Justices Nowell and
Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees MATTHEW MALINOWSKI, ASHLEY MALINOWSKI, INDIVIDUALLY AND AS NEXT FRIENDS OF MINORS, D.M. AND L.M. recover their costs of this appeal from appellant PRAYOSHA TEXAS ENTERPRISES LLC D/B/A COMFORT SUITES LAKE RAY HUBBARD.

Judgment entered this 16th day of April, 2024.